UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

No. 12-1896

_____

UNITED STATES
Appellee,

v.

PAUL BURDULIS
Defendant-Appellant.

_____

**APPELLANT BURDULIS'S MOTION FOR
ENLARGEMENT OF TIME TO FILE PETITION FOR REHEARING AND/OR
REHEARING EN BANC**

Pursuant to Rule 26 of the Federal Rules of Appellate Procedure and the Rules of this Court, Defendant-Appellant Paul Burdulis requests that this Court enlarge the time within which he may file a petition for rehearing and/or rehearing en banc from June 6, 2014 to and including June 20, 2014.

In support of this motion, undersigned counsel states the following:

1. This Court's judgment, affirming Mr. Burdulis' conviction was entered on May 23, 2014. An opinion, which counsel sent to Mr. Burdulis, also issued that date. If a petition for rehearing and/or rehearing en banc is to be filed, it is currently due by June 6, 2014.

2. Mr. Burdulis has attempted to contact counsel by telephone to discuss further proceedings, including the possibility of a petition for rehearing and/or rehearing en banc. However counsel has been out of the office when Mr. Burdulis has called.

3. The additional time requested will enable counsel to consult with Mr. Burdulis to

determine whether to file a petition for rehearing and/or rehearing en banc and to prepare and file a petition if one is deemed appropriate.

Wherefore appellant requests that the time within which he may file a petition for rehearing and/or rehearing en banc be enlarged from June 6, 2014 to and including June 20, 2014.

Respectfully submitted,
*/s/Judith H. Mizner*
Judith H. Mizner, AFPD
FEDERAL PUBLIC  DEFENDER OFFICE
51 Sleeper Street, 5th Floor
Boston, MA 02210
(617) 223-8061
Identification No. 11056

Dated: June 4, 2014                                    Attorney for Appellant

### Certificate of Service

I, Judith H. Mizner, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants, including all counsel of record, specifically, Elana Dawson, Dina Chaitowitz, Karin Bell, David Hennessy as identified on the Notice of Electronic Filing on June 4, 2014.

*/s/Judith H. Mizner*