# United States Court of Appeals
## For the First Circuit

No. 12-1896

UNITED STATES

Appellee

v.

PAUL V. BURDULIS

Defendant - Appellant

**ORDER OF COURT**

Entered: June 9, 2014

    Upon consideration of motion, it is ordered that the time for Appellant Paul V. Burdulis to file a petition for rehearing/rehearing en banc be enlarged to and including **June 20, 2014**.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Karin Marie Bell
Dina Michael Chaitowitz
William W. Fick
David H. Hennessy
Judith H. Mizner
Elana Nightingale Dawson