# United States Court of Appeals
## For the First Circuit

No. 12-1896

UNITED STATES

Appellee

v.

PAUL V. BURDULIS

Defendant - Appellant

Before

Thompson, <u>Circuit Judge</u>,
Souter,[*] <u>Associate Justice</u>, and
Kayatta, <u>Circuit Judge</u>.

**ORDER OF COURT**

Entered:  June 26, 2014

The petition for rehearing by the panel is denied. Burdulis's contention that part (a)(4)(B)(i) of 18 U.S.C. § 2252 uses the word "produce" as excluding copying is both unsupported and unconvincing. Similarly, his argument that "reproduce" (*i.e.*, to make again) is not included within "produce" (*i.e.*, to make) fails as a matter of logic and definition.

By the Court:

/s/ Margaret Carter, Clerk

---

[*] Hon. David H. Souter, Associate Justice (Ret.) of the Supreme Court of the United States, sitting by designation.

cc:
Karin Bell
Dina Chaitowitz
David Hennessy
Elana Dawson
William Fick
Judith Minzer