# United States Court of Appeals
## For the First Circuit

No. 12-1896

UNITED STATES

Appellee

v.

PAUL V. BURDULIS

Defendant - Appellant

Before

Lynch, Chief Judge,
Souter,[*] Associate Justice,
Torruella, Howard, Thompson, Kayatta, and Barron,[**]
Circuit Judges.

**ORDER OF COURT**

Entered:  June 26, 2014

That portion of defendant-appellant's petition seeking rehearing en banc having been submitted to the active judges of this court and a majority of the judges not having voted that the case be heard en banc, it is ordered that the petition for rehearing en banc be denied.

By the Court:

/s/ Margaret Carter, Clerk

---

[*]Hon. David H. Souter, Associate Justice (Ret.) of the Supreme Court of the United States, sitting by designation.

[**]Judge Barron did not participate in this decision.

cc:
Karin Bell
Dina Chaitowitz
David Hennessy
Elana Dawson
William Fick
Judith Minzer